NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

ESTATE OF AARON MICALIZIO, :
by his Administratrix ad Prosequendum, 
Donna Pasalano and Donna Pasalano, :
Individually,
: Civ. No. 06-5187 (GEB)

        Plaintif,
: **ORDER**

        v.
:

DAEWOO; GENERAL MOTORS CORP.,
as successor in title; DAEWOO MOTORS :
KOREA; DAEWOO MOTORS AMERICA;
GM DAEWOO AUTO TECHNOLOGY; :
JOHN DOES I-IV; ABC CORP.; XYZ
COMPANY (fictitious names), :

        Defendants. :

RECEIVED

SEP - 5 2008

AT 8:30
WILLIAM T. WALSH
CLERK

**BROWN, Chief Judge**

    This matter having come before the Court upon the objections of Daewoo Motor America, Inc. ("DMA") to the April 17, 2008 Report and Recommendation of the Honorable Magistrate Judge Bongiovanni recommending the dismissal of DMA's cross-claims for common law indemnity and contribution against Daewoo Motors Korea ("DMK") and GM Daewoo Auto Technology ("GMDAT") and recommending the denial of DMA's request for declaratory judgment; and the Court having reviewed the parties' submissions and decided the matter without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

    IT IS THIS 28th day of August, 2008

    ORDERED that the Court will adopt Judge Bongiovanni's Report and Recommendation.

                                                  _/s/ Garrett E. Brown, Jr._
                                                Judge Garrett E. Brown, Jr., U.S.D.J